IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                                 : CRIMINAL ACTION
          v.                   :
                                 : NO. 07-423
ANTHONY VAZQUEZ             :

**<u>ORDER</u>**

AND NOW, this 16th day of February, 2022, it is hereby ORDERED that the Motion of

Defendant Anthony Vazquez for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)(i)

(Document No. 70) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez

_____
Juan R. Sánchez,      C.J.